UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:09-cv-00359-FDW-DCK

| | | |
|---|---|---|
| GENERAL DYNAMICS ARMAMENT AND TECHNICAL PRODUCTS, INC., | ) ) ) ) | |
| Plaintiff, | ) ) | ORDER |
| v. | ) ) | |
| ADVANCED MISSIONS SYSTEMS, LLC, GERARD R. SNYDER, and KENNETH A. MORRISON, | ) ) ) ) | |
| Defendants. | ) ) | |

THIS MATTER is before the Court following the submissions of status reports by the parties pursuant to the Court's order issued on October 13, 2010. Based on these reports, it is clear to the Court that mediation has failed, and consistent with the Court's text order of December 17, 2009, the parties are ORDERED to begin arbitration proceedings no later than Friday, November 19, 2010. The parties are further ORDERED to submit a status report by Wednesday, November 24, 2010, concerning the commencement of binding arbitration. The parties are DIRECTED to submit additional status reports ninety (90) and one-hundred and eighty (180) days thereafter. If this matter is not resolved within this period, the Court will consider lifting the stay.

The Clerk is DIRECTED to provide a copy of this Order to *pro se* Defendant, Kenneth A. Morrison, at his address of record.

IT IS SO ORDERED.

Signed: October 22, 2010

Frank D. Whitney
United States District Judge